UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FRED CHISOM,<br><br>    Plaintiff,<br><br> v.<br><br>CLALLAM BAY CORRECTIONS MAIL ROOM, C/O JOHN AND JANE DOE,<br><br>    Defendants. | Case No.  C04-5588RBL<br><br>ORDER DISMISSING **FRIVOLOUS COMPLAINT PURSUANT TO 28 U.S.C. § 1915** |

  The Court, having reviewed the Report and Recommendation of the Hon. J. Kelley Arnold, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

  (1) The Court adopts the Report and Recommendation;

  (2) Plaintiff's complaint and causes of action are DISMISSED as frivolous pursuant to 28 U.S.C. § 1915(e)(2);

  (3) The Clerk is directed to count this as a dismissal under **28 U.S.C. § 1915(g)**; the Clerk is further directed to send copies of this Order to plaintiff, to counsel for defendant, and to the Hon. J. Kelley Arnold.

  DATED this 28th day of November, 2005.

                 /s/ Ronald B. Leighton
                 RONALD B. LEIGHTON
                 UNITED STATES DISTRICT JUDGE

ORDER
Page - 1